HANNAH S. WHILLDIN, *Appellant*, v. FRANCIS E. GREENE, CARRIE B. BRIGGS AND HUBERT F. KRANTZ, *Appellees*.

Division B.

Opinion Filed January 24, 1925.

Petition for Rehearing Denied February 28, 1925.

Where a final decree is rendered for complainant and a writ of assistance issued in the cause has been executed, it is error for the chancellor on a "petition for restitution," filed by the defendant, to allow him to answer the bill and on the showing made to decree for the defendant and therein to approve and confirm a decree setting aside the final decree for complainant rendered upon a bill in the nature of a bill of review.

An Appeal from the Circuit Court for Palm Beach County; E. C. Davis, Judge.

Decree reversed.

*C. D. Abbott,* for Appellant;

*Blackwell, Donnell & McCracken,* for Appellees.

PER CURIAM.—It appears that on April 22, 1919, Hannah S. Whilldin filed a bill of complaint, seeking an accounting and the establishment of a trust and restoration of property to complainant. Carrie B. Briggs was dismissed as a defendant. A decree *pro confesso* was entered against Francis E. Green and Hubert F. Krantz, both having appeared by counsel and filed demurrers to the bill of complaint, which demurrers were overruled.

On November 29, 1920, a final decree was rendered in favor of the complainant and a writ of assistance was issued and executed.

On November 7, 1921, the defendant Krantz filed a "petition for restitution." On the same day a writ of dispossession was issued and executed ousting Hannah S. Whilldin and putting Krantz in possession. Krantz filed an answer in the cause and on bill and answer the chancellor decreed for the defendant Krantz and also decreed that a final decree in a cause based on an original bill in the nature of a bill of review setting aside the final decree in this cause be approved and confirmed. The complainant appealed.

The decree appealed from is reversed, and the cause remanded, with direction to enforce the original decree in favor of the complainant, Hannah S. Whilldin.

It is so ordered.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.

## ON REHEARING.

PER CURIAM.—Upon consideration of a petition for rehearing filed herein, it appears that, in view of the confused and irregular state of the pleadings and the proceedings had thereon, it is just and equitable that the reversal of the decree appealed from should be without prejudice to further proceedings that may be appropriate to duly present the equities of the case.

It is therefore ordered and decreed that the order heretofore made by this court reversing the decree appealed from and directing that the original decree in favor of Hannah S. Whilldin be enforced, be and the same is hereby modified so that the decree shall be and is hereby reversed without prejudice to further. and other proceedings that may be legal and proper in the premises.

Reversal modified. Rehearing denied.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND TERRELL, J. J., concur.